FILED: April 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1429
(A240-399-019)

_____

WARNER ODIR GUEVARA MARTINEZ

    Petitioner

v.

PAMELA JO BONDI, Attorney General

    Respondent

_____

O R D E R

_____

Petitioner's removal is stayed through 05/07/2025, pursuant to Standing Order 19-01, to allow time for responsive filings and consideration by the court of petitioner's motion for stay of removal.

Respondent shall file a response to the motion for stay by 3:00 p.m. on 04/28/2025. The response shall include the date and time of petitioner's removal or state that removal has not been scheduled, and respondent shall inform the court of

any changes to petitioner's scheduled removal date.

                                                  For the Court--By Direction

                                                  <u>/s/ Nwamaka Anowi, Clerk</u>