FILED: September 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1429
(A240-399-019)

---

WARNER ODIR GUEVARA MARTINEZ

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Wilkinson, Judge Wynn, and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk